IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -4 A

CLERK

JOHN L. PURSER,

    Plaintiff,

vs.

JAMES E. DONALDSON; JOHN STRAND; RAYMOND HEAD; HUGH SMITH; DAVID PALMER; JENEIL PARKER; Officer AUSTIN; Officer TOMPKINS; C.E.R.T. Officer ANDREW MACFARLEY; TRACE SIMMONS; Officer MADDISON, JR.; Officer McGINNIS; TARMARSHE SMITH; Sgt. WASHINGTON; Officer RUFF; Officer DIXON; Lt. WIMBERLY, and Nurse KELLY,

    Defendants.

CIVIL ACTION NO. CV604-159

## ORDER

Plaintiff, an inmate incarcerated at Georgia State Prison in Reidsville, Georgia, filed this complaint pursuant to 42 U.S.C.A. § 1983 contesting events allegedly occurring during his incarceration. Plaintiff originally named "Officer John Doe" and "Nurse Jane Doe" as Defendants. In the Court's March 14, 2005 Order, Plaintiff was directed to advise the Court of the names of these defendants so that they could be properly served. Plaintiff has responded to that Order. (Doc. 18.)

Accordingly, the Clerk is directed to change the name of "Officer John Doe" to C.E.R.T. Officer Andrew Macfarley, and the name of "Nurse Jane Doe" to Nurse Kelly upon the docket for this case.

A copy of Plaintiff's Complaint, Amended Complaint (Doc. 7), Notice (Doc. 8), Second Notice (Doc. 10), March 14, 2005 Order (Doc. 15), Notice (Doc. 18), and a copy

of this Order shall be served upon Andrew Macfarley, C.E.R.T. Officer, at Smith State Prison, P.O. Box 276, Glennville, Georgia 30427, and Nurse Kelly, at Georgia State Prison, by the United States Marshal without prepayment of cost. If either defendant elects to file a Waiver of Reply, then he/she must file either a dispositive motion or an answer to the complaint within thirty (30) days of the filing of said Waiver of Reply. Defendants Macfarley and Kelly shall be guided by the instructions contained in the March 14, 2005, Order.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 6:04-cv-00159
Date Served: May 4, 2005
Served By:

Attorneys Served:

John L. Purser

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_ Copy given to Magistrate