# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 14 P 1: 13

CLERK _J. LaVictoire_
SO. DIST. OF GA.

JOHN L. PURSER,

      Plaintiff,

vs.

CIVIL ACTION NO. CV604-159

JAMES E. DONALDSON; JOHN
STRAND; RAYMOND HEAD; HUGH
SMITH; DAVID PALMER; JENEIL
PARKER; Officer AUSTIN; Officer
TOMPKINS; C.E.R.T. Officer ANDREW
MACFARLEY; TRACE SIMMONS;
Officer MADDISON, JR.; Officer
McGINNIS; TARMARSHE SMITH;
Sgt. WASHINGTON; Officer RUFF;
Officer DIXON; Lt. WIMBERLY,
and Nurse KELLY,

      Defendants.

## O R D E R

Plaintiff has filed a "Motion for Judicial Notice of Facts." (Doc. 40.) Plaintiff seeks judicial notice of the facts stated in his complaint. Defendants have filed a response, pointing out that Defendants refute the allegations of Plaintiff's complaint. Plaintiff's Motion for Judicial Notice of Facts is hereby **DENIED**.

**SO ORDERED**, this 14ᵗʰ day of June, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)