IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN L. PURSER,

    Plaintiff,

vs.

JAMES E. DONALDSON; JOHN STRAND; RAYMOND HEAD; HUGH SMITH; DAVID PALMER; JENEIL PARKER; Officer AUSTIN; Officer TOMPKINS; C.E.R.T. Officer ANDREW MACFARLEY; TRACE SIMMONS; Officer MADDISON, JR.; Officer McGINNIS; TARMARSHE SMITH; Sgt. WASHINGTON; Officer RUFF; Officer DIXON; Lt. WIMBERLY, and Nurse KELLY,

    Defendants.

CIVIL ACTION NO. CV604-159

## ORDER

Plaintiff has filed a "Motion to Supplement the Pleadings/Claims." (Doc. 41.) Plaintiff's motion is **DENIED**. In his motion Plaintiff states that he has now exhausted his administrative remedies as to Grievance # 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, and he seeks his claims pursuant to that grievance to be reinstated. Plaintiff must exhaust his administrative remedies **prior** to filing suit. If Plaintiff wishes to pursue those claims, he must file a separate complaint.

**SO ORDERED**, this 14th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)