**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 22 A 11: 45

CLERK
DIST. OF GA.

JOHN L. PURSER,

    Plaintiff,

vs.

JAMES E. DONALDSON; JOHN
STRAND; RAYMOND HEAD; HUGH
SMITH; DAVID PALMER; JENEIL
PARKER; Officer AUSTIN; Officer
TOMPKINS; C.E.R.T. Officer ANDREW
MACFARLEY; TRACE SIMMONS;
Officer MADDISON, JR.; Officer
McGINNIS; TARMARSHE SMITH;
Sgt. WASHINGTON; Officer RUFF;
Officer DIXON; Lt. WIMBERLY,
and Nurse KELLY,

    Defendants.

CIVIL ACTION NO. CV604-159

## O R D E R

    Plaintiff filed a Motion to Compel Discovery (Doc. 71) asserting that some of Defendants' responses to his discovery requests are inadequate and insufficient. Defendants have filed a response to Plaintiff's motion and have attached copies of their discovery responses. The Defendants' discovery responses are adequate and sufficient. Plaintiff's motion is hereby **DENIED**.

    **SO ORDERED**, this _22_ day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

JOHN L. PURSER

)

vs                                                      )          CASE NUMBER  CV604-159

JAMES DONALDSON,ETAL                )          DIVISION        STATESBORO

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated 7/22/05 _____, which is part of the official record of this case.

Date of Mailing:          7/22/05

Date of Certificate          [X] same date,       or  _____

Scott L. Poff,  Clerk

By:   NITA ROSE

Deputy Clerk

Name and Address

JOHN L. PURSER  GSP  2164 GA. HIGHWAY 147  REIDSVILLE, GA. 30499
ANDREW MAGRUDER
JESSE OWEN

☐  Copy placed in Minutes

☐  Copy given to Judge

☐  Copy given to Magistrate