IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN L. PURSER,

    Plaintiff,

vs.

DAVID PALMER; JENEIL PARKER;
Officer AUSTIN; Officer TOMPKINS;
C.E.R.T. Officer ANDREW
McFARLANE; TRACE SIMMONS;
Officer MADDISON; Officer
McGINNIS; TARMARSHE SMITH;
Sgt. WASHINGTON; Officer RUFF;
Officer B. DIXON; Lt. WIMBERLY,
and Officer RUFF,

    Defendants.

CIVIL ACTION NO. CV604-159

## ORDER

Plaintiff has filed a Motion for Entry of Default Judgment Against Defendant McFarlane. (Doc. 121.) He asserts that said Defendant has failed to file an answer to his complaint as directed. A review of the Clerk docket shows that Defendant Andrew McFarlane has filed an answer to Plaintiff's complaint. Plaintiff's Motion for Entry of Default Judgment against McFarlane is **DENIED**.

SO ORDERED, this 27th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)