IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN L. PURSER,

 Plaintiff,

vs.

DAVID PALMER; JENEIL PARKER;
Officer AUSTIN; Officer TOMPKINS;
C.E.R.T. Officer ANDREW
McFARLANE; TRACE SIMMONS;
Officer MADDISON; Officer
McGINNIS; TARMARSHE SMITH;
Sgt. WASHINGTON; Officer RUFF;
Officer B. DIXON; Lt. WIMBERLY,
and Officer RUFF,

 Defendants.

CIVIL ACTION NO. CV604-159

## ORDER

In his Answer to Plaintiff's Complaint, Defendant MacFarley has corrected his name. The Clerk is authorized and directed to change the name of Defendant Andrew MacFarley to Andrew McFarlane upon the docket and record of this case.

**SO ORDERED**, this 27th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)