IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN L. PURSER,

    Plaintiff,

vs.

DAVID PALMER; JENEIL PARKER; Officer AUSTIN; Officer TOMPKINS; C.E.R.T. Officer ANDREW MACFARLEY; TRACE SIMMONS; Officer MADDISON; Officer McGINNIS; TARMARSHE SMITH; Sgt. WASHINGTON; Officer RUFF; Officer B. DIXON; Lt. WIMBERLY, and Officer RUFF,

    Defendants.

CIVIL ACTION NO. CV604-159

## ORDER

By Order dated December 6, 2005, the Court granted Plaintiff's motion to voluntarily dismiss his claims against Raymond Head, James E. Donaldson, John Strand, and Hugh Smith. Accordingly, the Motion for Summary Judgment filed by Raymond Head (Doc. 100) is moot. Said motion is **dismissed**.

**SO ORDERED**, this 27th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)