IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN L. PURSER,

    Plaintiff,

vs.

DAVID PALMER; JENEIL PARKER; Officer AUSTIN; Officer TOMPKINS; C.E.R.T. Officer ANDREW MCFARLANE; TRACE SIMMONS; Officer MADDISON; Officer McGINNIS; TARMARSHE SMITH; Sgt. WASHINGTON; Officer RUFF; Officer B. DIXON; Lt. WIMBERLY, and Officer RUFF,

    Defendants.

CIVIL ACTION NO. CV604-159

## ORDER

A letter from Plaintiff dated March 7, 2006, has been filed as a motion for information regarding disposition of summary judgment motion. Plaintiff's motion is **granted.** The Motion for Summary Judgment filed by Defendants Simmons, Kelly, Maddison, Ruff, Dixon, Wimberly, Washington, McGinnis, T. Smith, Donaldson, Strand, H. Smith, Palmer, Parker, Austin and Tompkins filed on October 20, 2005, is pending. The Motion for Summary Judgment filed on December 12, 2005, by Defendant McFarlane is also pending.

**SO ORDERED**, this 4th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)